

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN AND ST. JOSEPH DIVISIONS**
Charles Evans Whittaker Courthouse
400 E. 9th Street, Room 1510
Kansas City, Missouri, 64106
(816) 512-5000

Transfer of ☑ Criminal Case   or ☐ Magistrate Case
WDMO Case No.: 4:18-cr-00110-BP-4          Case Title:  USA v  Susanah J Lesaisaea

Dear Sir/Madam:

**Pursuant to ☐ F.R.Cr.P. 5     ☐ F.R.Cr.P. 32**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction** ☑ Supervised Release   ☑ Probation
☑ Attached are the last charging document, the judgment and commitment, revocation orders (if any),
    and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court

By  s/ Greg Melvin_____
        Deputy Clerk

# U.S. District Court
## Western District of Missouri (Kansas City)
## CRIMINAL DOCKET FOR CASE #: <u>4:18−cr−00110−BP−4</u>

Case title: USA v. Belvin et al

Date Filed: 05/02/2018

Date Terminated: 04/22/2021

Assigned to: Chief District Judge
Beth Phillips

**Defendant (4)**

| | | |
|---|---|---|
| **Susannah J Lesaisaea**<br>*TERMINATED: 04/22/2021* | represented by | **Dione C Greene**<br>DCG Law Firm<br>4700 Belleview Ave<br>Suite 200<br>Kansas City, MO 64112<br>816−560−5256<br>Email: <u>dcgreene@dcgreenelaw.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br>*Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | Counts 1, 8 and 28 are dismissed on the motion of the United States. |
| BANK FRAUD (8) | Counts 1, 8 and 28 are dismissed on the motion of the United States. |
| BANK FRAUD (9) | The defendant pleaded guilty to counts 9 and 29 on August 5, 2020. IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months as to count 9; 24 months as to count 29. Terms to run consecutive for a Total Term of 42 months. The court makes the following recommendations to the Bureau of Prisons: That defendant be allowed to participate in RDAP. That defendant be placed in the facility located in Victorville, CA so she may be near family. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years on Count 9 and 1 year on Count 29. These terms to run concurrent for a Total Term of 3 years. |

Mandatory, standard and special conditions of supervision imposed. CRIMINAL MONETARY PENALTIES: MSA: $200.00. Restitution: $67,707.00. No fine.

FRAUD WITH
IDENTIFICATION
DOCUMENTS
(28)

Counts 1, 8 and 28 are dismissed on the motion of the United States.

FRAUD WITH
IDENTIFICATION
DOCUMENTS
(29)

The defendant pleaded guilty to counts 9 and 29 on August 5, 2020. IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months as to count 9; 24 months as to count 29. Terms to run consecutive for a Total Term of 42 months. The court makes the following recommendations to the Bureau of Prisons: That defendant be allowed to participate in RDAP. That defendant be placed in the facility located in Victorville, CA so she may be near family. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years on Count 9 and 1 year on Count 29. These terms to run concurrent for a Total Term of 3 years. Mandatory, standard and special conditions of supervision imposed. CRIMINAL MONETARY PENALTIES: MSA: $200.00. Restitution: $67,707.00. No fine.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                     **Disposition**

None

**Plaintiff**

**USA**                          represented by  **Brent Venneman**

United States Attorney's Office–KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816) 426–4255
Email: brent.venneman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

**Mary Kate Butterfield**
United States Attorney's Office–KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
816–426–3122
Email: mary.kate.butterfield@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stacey Elaine Perkins Rock**
United States Attorney's Office–KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816) 426–4275
Fax: (816) 426–3165
Email: stacey.perkins–rock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2018 | 1 | INDICTMENT as to Branden P Belvin (1) count(s) 1, 3, 11, 23, 29, 31, 41, Mistie Smith (2) count(s) 1, 2, 4, 16–17, 22, 24, 35, 40, Dante L Chestnut (3) count(s) 1, 5–7, 15, 21, 25–27, 39, 42, Susannah J Lesaisaea (4) count(s) 1, 8–9, 28–29, Cassandra S Franklin (5) count(s) 1, 10–11, 30–31, Sharieff A Sylvester (6) count(s) 1, 12, 18, 32, 36, 38, Joseph R Hooks (7) count(s) 1, 14, 19, 34, 37, 43, Frances E Wright (8) count(s) 1, 13, 20, 33. (Attachments: # 1 Criminal Cover Sheet, # 2 Criminal Cover Sheet, # 3 Criminal Cover Sheet, # 4 Criminal Cover Sheet, # 5 Criminal Cover Sheet, # 6 Criminal Cover Sheet, # 7 Criminal Cover Sheet, # 8 Criminal Cover Sheet) (Melvin, Greg) (Entered: 05/03/2018) |
| | | *Main Document* |
| | | Attachment # 1 *Criminal Cover Sheet* |
| | | Attachment # 2 *Criminal Cover Sheet* |

| | | |
|---|---|---|
| | | Attachment # 3 *Criminal Cover Sheet* |
| | | Attachment # 4 *Criminal Cover Sheet* |
| | | Attachment # 5 *Criminal Cover Sheet* |
| | | Attachment # 6 *Criminal Cover Sheet* |
| | | Attachment # 7 *Criminal Cover Sheet* |
| | | Attachment # 8 *Criminal Cover Sheet* |
| 05/02/2018 | 2 | ORDER REFERRING CASE to Magistrate Judge John T Maughmer as to Branden P Belvin, Mistie Smith, Dante L Chestnut, Susannah J Lesaisaea, Cassandra S Franklin, Sharieff A Sylvester, Joseph R Hooks, Frances E Wright. Signed on May 2, 2018 by District Judge Beth Phillips.(Melvin, Greg) (Main Document 2 replaced on 5/3/2018) (Melvin, Greg). (Entered: 05/03/2018) |
| 05/02/2018 | | ORDER as to Branden P Belvin, Mistie Smith, Dante L Chestnut, Susannah J Lesaisaea, Cassandra S Franklin, Sharieff A Sylvester, Joseph R Hooks, Frances E Wright. This indictment shall be kept secret until a defendant is in custody or has been given bail, and upon completion of the issuance of the warrant of arrest, the Clerk shall seal the indictment, and it shall remain sealed pending further order of the Court. Signed by United States Magistrate Judge Sarah W Hays. This is a docket entry only. No document is attached. (Melvin, Greg) (Entered: 05/03/2018) |
| 05/02/2018 | | ORDER as to Branden P Belvin, Mistie Smith, Dante L Chestnut, Susannah J Lesaisaea, Cassandra S Franklin, Sharieff A Sylvester, Joseph R Hooks, Frances E Wright. A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law. Signed by United States Magistrate Judge John T Maughmer. This is a docket entry only. No document is attached. (Martinez, Kerry) (Entered: 07/09/2018) |
| 01/31/2019 | 47 | NOTICE OF HEARING as to Susannah J Lesaisaea. This is the official notice for this hearing. Initial Appearance and Arraignment set for 2/13/2019 at 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.  This is a TEXT ONLY ENTRY. No document is attached. (Martinez, Kerry) (Entered: 01/31/2019) |
| 02/04/2019 | 48 | RULE 5(C)(3) documents received as to Susannah J Lesaisaea. (Attachments: # 1 Financial Affidavit, # 2 Warrant, # 3 Letter)(Melvin, Greg) (Entered: 02/04/2019) |
| 02/13/2019 | 54 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: INITIAL APPEARANCE AND ARRAIGNMENT as to Susannah J Lesaisaea (4) Count 1,8−9,28−29 held on 2/13/2019. The Court advises the defendant it has requested attorney Dione Greene be present anticipating she will request the appointment of counsel and inquires if counsel for the defendant and the defendant have received a copy of the indictment in this matter and if they wish a formal reading. Defense counsel acknowledges receipt of a copy of the indictment and waives formal reading. The Court advises the defendant of the penalties faced if convicted and her rights. Defendant requests the appointment of counsel. The Court formally appoints attorney Dione Greene as counsel. Plea of not guilty entered and accepted. Case is formally set for trial on the 3/25/19 trial docket. The Court advises the trial date for the remaining co−defendant is 6/10/19. The Court adopts the bond and conditions of release as set out by the arresting district. Scheduling Conference set for 2/27/2019 10:45 AM in Courtroom 7E, Kansas City (JTM) before Magistrate |

| | | |
|---|---|---|
| | | Judge John T. Maughmer. Defendant is continued on bond. Counsel appearing for USA: Brent Venneman. Counsel appearing for Defendant: Dione Greene. Pretrial/Probation Officer: Tim Hair. Time in court: 1:30pm to 1:45pm. To order a transcript of this hearing please contact Kerry Martinez, 816–512–5759.  This is a TEXT ONLY ENTRY. No document is attached. (Martinez, Kerry) (Entered: 02/14/2019) |
| 02/13/2019 | 55 | ORDER APPOINTING COUNSEL UNDER CJA appointed in felony proceedings as to Susannah J Lesaisaea. Dione C Greene for Susannah J Lesaisaea. Signed on 2/13/19 by Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 02/14/2019) |
| 02/21/2019 | 58 | MOTION to continue *Trial Date* by Susannah J Lesaisaea. Suggestions in opposition/response due by 3/7/2019 unless otherwise directed by the court. (Greene, Dione) (Entered: 02/21/2019) |
| 02/27/2019 | 59 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: SCHEDULING CONFERENCE as to Susannah J Lesaisaea held on 2/27/2019. Defendant appears by telephone with the permission of the Court. The Court takes up the Motion to Continue filed by the defendant on 2/21/19 (Doc. 58) requesting the trial setting be continued to 6/10/19. No objection to the requested continuance by the defendant or government counsel. The motion is granted and the trial setting will be continued to 6/10/19. A Scheduling and Trial Order will be prepared and filed by the Court. Counsel appearing for USA: Brent Venneman. Counsel appearing for Defendant: Dione Greene. Time in court: 10:45am to 11:00am. To order a transcript of this hearing please contact Kerry Martinez, 816–512–5759.  This is a TEXT ONLY ENTRY. No document is attached. (Martinez, Kerry) (Entered: 02/27/2019) |
| 03/01/2019 | 62 | SCHEDULING AND TRIAL ORDER as to Susannah J Lesaisaea. Motions due by 5/1/2019. Accelerated Jury Trial as to Susannah J Lesaisaea set for 6/10/2019 at 09:00 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips.Signed on 3/1/2019 by Magistrate Judge John T. Maughmer.(Stepp, Jane) (Entered: 03/01/2019) |
| 03/26/2019 | 67 | NOTICE OF HEARING as to Susannah J Lesaisaea, Frances E Wright. This is the official notice for this hearing. . Pretrial Conference as to Susannah J Lesaisaea, Frances E Wright is set for 5/30/2019 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. This is a TEXT ONLY ENTRY. No document is attached. (Martinez, Kerry) (Entered: 03/26/2019) |
| 04/04/2019 | 69 | ORDER as to Susannah J Lesaisaea. SNia Alofa Malula, the co–signer and surety for the Appearance Bond for defendant Susannah J. Lesaisaea, is removed as co–signer and surety. Fofogafetalai Tevaseu shall serve as the co–signer and surety for the Appearance Bond for defendant Susannah J. Lesaisaea. Signed on 4/4/2019 by Magistrate Judge John T. Maughmer. This is a TEXT ONLY ENTRY. No document is attached. (Stepp, Jane) (Entered: 04/04/2019) |
| 05/20/2019 | 84 | ORDER granting motion to continue 82 as to Dante L Chestnut (3). Pretrial Conference as to Dante L Chestnut, Susannah J Lesaisaea, Frances E Wright is set for 8/1/2019 at 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. Accelerated Jury Trial as to Dante L Chestnut, Susannah J Lesaisaea, Frances E Wright set for 8/19/2019 at 09:00 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. Signed on 5/20/2019 by Magistrate Judge John T. Maughmer. (Stepp, Jane) (Entered: 05/20/2019) |

| 07/18/2019 | 103 | ORDER MODIFYING Conditions of Pretrial Release as to Susannah J Lesaisaea. Defendant's bond is modified to a personal recognizance bond. The conditions of release are modified so that she cannot travel outside of the Southern District of California, except to appear in Court. Additionally, a drug testing condition is added. Signed on 7/18/2019 by Magistrate Judge John T. Maughmer. This is a TEXT ONLY ENTRY. No document is attached. (Stepp, Jane) (Entered: 07/18/2019) |
| 07/29/2019 | 110 | Consent MOTION to continue *pretrial conference and trial* by Susannah J Lesaisaea. Suggestions in opposition/response due by 8/12/2019 unless otherwise directed by the court. (Greene, Dione) (Entered: 07/29/2019) |
| 07/30/2019 | 112 | ORDER granting motion to continue 110 as to Susannah J Lesaisaea (4). Pretrial Conference as to Susannah J Lesaisaea is set for 11/14/2019 at 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. Accelerated Jury Trial as to Susannah J Lesaisaea set for 12/2/2019 at 09:00 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. Signed on 7/30/2019 by Magistrate Judge John T. Maughmer. (Stepp, Jane) (Entered: 07/30/2019) |
| 11/01/2019 | 139 | ARREST WARRANT RETURNED EXECUTED on 1/25/2019 as to Susannah J Lesaisaea. **Pursuant to the E–Government Act and Federal Rules of Criminal Procedure 49.1(a), access to this document is restricted to case participants and the court.** (Melvin, Greg) (Entered: 11/01/2019) |
| 11/13/2019 | 146 | ORDER granting motion to continue 143 as to Branden P Belvin (1). Pretrial Conference as to Branden P Belvin, Susannah J Lesaisaea is set for 4/2/2020 at 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. Accelerated Jury Trial as to Branden P Belvin, Susannah J Lesaisaea set for 4/20/2020 at 09:00 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. Signed on 11/12/2019 by Magistrate Judge John T. Maughmer. (Stepp, Jane) (Entered: 11/13/2019) |
| 11/14/2019 | | ARREST of Susannah J Lesaisaea in Southern District of California. (Martinez, Kerry) (Entered: 01/07/2020) |
| 11/27/2019 | 158 | RULE 5(C)(3) documents received as to Susannah J Lesaisaea. (Attachments: # 1 Waiver, # 2 Warrant, # 3 Info Sheet)(Melvin, Greg) (Entered: 11/27/2019) |
| 12/04/2019 | 159 | ARREST WARRANT RETURNED EXECUTED on 11/14/2019 as to Susannah J Lesaisaea. **Pursuant to the E–Government Act and Federal Rules of Criminal Procedure 49.1(a), access to this document is restricted to case participants and the court.** (Melvin, Greg) (Entered: 12/04/2019) |
| 01/07/2020 | 165 | NOTICE OF HEARING as to Susannah J Lesaisaea. This is the official notice for this hearing. Initial Appearance on Revocation Proceedings on bond violation and Show Cause Hearing set for 1/8/2020 11:30 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. This is a TEXT ONLY ENTRY. No document is attached. (Martinez, Kerry) (Entered: 01/07/2020) |
| 01/08/2020 | 166 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: SHOW CAUSE HEARING as to Susannah J Lesaisaea held on 1/8/2020. The Court takes up the violation reports dated 9/6/19, 9/25/19 and 10/23/19. Defense counsel advises the Court the defendant wishes to voluntarily surrender her bond and remain in custody. The Court accepts the surrender of the bond and advises it will not make a finding as to the alleged violations at this time. Defendant is remanded to custody |

| | | |
|---|---|---|
| | | until further order of the Court. Counsel appearing for USA: Brent Venneman. Counsel appearing for Defendant: Dione Green. Pretrial/Probation Officer: Angela Palmerton. Time in court: 11:30am to 11:45am. To order a transcript of this hearing please contact Kerry Martinez, 816–512–5759. This is a TEXT ONLY ENTRY. No document is attached. (Martinez, Kerry) (Entered: 01/14/2020) |
| 03/26/2020 | 176 | Consent MOTION to continue *trial* by Susannah J Lesaisaea. Suggestions in opposition/response due by 4/9/2020 unless otherwise directed by the court. (Greene, Dione) (Entered: 03/26/2020) |
| 03/30/2020 | 178 | ORDER granting motion to continue 176 as to Susannah J Lesaisaea (4). Pretrial Conference as to Branden P Belvin, Susannah J Lesaisaea is set for 8/27/2020 at 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.Accelerated Jury Trial as to Branden P Belvin, Susannah J Lesaisaea set for 9/14/2020 at 09:00 AM in Courtroom 7B, Kansas City (SRB) before Chief District Judge Beth Phillips. Signed on 3/29/2020 by Magistrate Judge John T. Maughmer. (Stepp, Jane) (Entered: 03/30/2020) |
| 07/02/2020 | 183 | NOTICE OF HEARING as to Susannah J Lesaisaea. This is the official notice for this hearing. Change of Plea Hearing set for 8/5/2020 10:30 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (McIlvain, Kelly) (Entered: 07/02/2020) |
| 08/05/2020 | 186 | Minute Entry for proceedings held before Chief District Judge Beth Phillips: CHANGE OF PLEA HEARING held on 8/5/2020. Plea entered as to Susannah J Lesaisaea (4) Guilty Count 9,29 Time in court: 10:34 a.m. to 10:47 a.m.. To order a transcript of this hearing please contact Katie Wirt, 816–512–5608, katie_wirt@mow.uscourts.gov. (McIlvain, Kelly) (Entered: 08/05/2020) |
| 08/05/2020 | 187 | NOTICE OF HEARING as to Susannah J Lesaisaea. This is the official notice for this hearing. Sentencing set for 11/17/2020 11:15 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (McIlvain, Kelly)<br><br>SENTENCING MEMORANDUM DUE TEN (10) DAYS BEFORE HEARING. Counsel who plan to argue for a downward departure and/or a variance under Gall v. U.S. must submit a memo outlining factors which support the departure and/or variance. If the opposing party disagrees with the requested sentence, a mandatory response is due seven (7) days after the sentencing memorandum is filed. Failure to timely file may result in the case being removed from docket. Memos are limited to twelve (12) pages and one (1) memo per party unless a motion for leave to exceed is granted in advance.** (Entered: 08/05/2020) |
| 08/05/2020 | 188 | PLEA AGREEMENT as to Susannah J Lesaisaea. (Melvin, Greg) (Entered: 08/05/2020) |
| 10/13/2020 | 210 | ADMINISTRATIVE TRANSFER as to Branden P Belvin, Susannah J Lesaisaea and Cassandra S Franklin. With the consent of the Court En Banc, the referral judge in this case is hereby transferred from Magistrate Judge John T. Maughmer to Magistrate Judge W. Brian Gaddy for all further proceedings. All referral duties and authorities set out in the original Order of Reference remain in effect. Signed on October 13, 2020 by Chief District Judge Beth Phillips. (Attachments: # 1 Transfer List)(Jones, Robin) (Entered: 10/13/2020) |
| 10/16/2020 | 211 | |

| | | |
|---|---|---|
| | | Consent MOTION for extension of time to file objections to Presentence Investigation Report by Susannah J Lesaisaea. Suggestions in opposition/response due by 10/30/2020 unless otherwise directed by the court. (Greene, Dione) (Entered: 10/16/2020) |
| 10/19/2020 | 212 | ORDER granting 211 Defendant Lesaisaea's Unopposed Motion to File Responses and Objections to the Preliminary Investigation Report and Reset Sentencing Date is GRANTED. Defendant has up to and including November 19, 2020 to file objections to the PSR. Sentencing set for November 17, 2020 is CANCELLED. The Court will work with the parties to reset sentencing as to Susannah J Lesaisaea (4). Signed on 10/19/20 by Chief District Judge Beth Phillips.  This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) (Entered: 10/19/2020) |
| 10/21/2020 | 215 | AMENDED NOTICE OF HEARING as to Susannah J Lesaisaea. This is the official notice for this hearing. Sentencing set for 1/19/2021, 1:30 PM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. This is a resetting of the sentencing previously set for 11/17/20. Signed on 10/21/20 by Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) <br><br> SENTENCING MEMORANDUM DUE TEN (10) DAYS BEFORE HEARING. Counsel who plan to argue for a downward departure and/or a variance under Gall v. U.S. must submit a memo outlining factors which support the departure and/or variance. If the opposing party disagrees with the requested sentence, a mandatory response is due seven (7) days after the sentencing memorandum is filed. Failure to timely file may result in the case being removed from docket. Memos are limited to twelve (12) pages and one (1) memo per party unless a motion for leave to exceed is granted in advance. (Entered: 10/21/2020) |
| 11/18/2020 | 218 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Susannah J Lesaisaea *Certificate of Service* (Greene, Dione) (Entered: 11/18/2020) |
| 11/20/2020 | 219 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Susannah J Lesaisaea. Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Attachments: # 1 Supplement Victim Statement, # 2 Supplement Transmittal Letter) (Jensen, Kay) (Entered: 11/20/2020) |
| 01/04/2021 | | NOTICE OF HEARING CANCELLATION as to Susannah J Lesaisaea. The Sentencing Hearing scheduled for January 19, 2021 at 1:30 p.m. has been cancelled.Pursuant to the Court's General Order entered 12/1/20 cancelling all in person hearings until March 22, 2021, this Sentencing hearing has been cancelled and will be reset. Where appropriate, parties are encouraged to file a motion requesting felony guilty pleas and sentencings be held via videoconference pursuant to the CARES Act, H.R. 748. The Court will entertain motions to order Pre–Plea Presentence Reports.  This is a TEXT ONLY ENTRY. No document is attached. (McIlvain, Kelly) (Entered: 01/04/2021) |
| 01/22/2021 | 224 | PRESENTENCE INVESTIGATION REPORT ADDENDUM (Sealed) as to Susannah J Lesaisaea. Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Related document(s) 219 ) (Jensen, Kay) (Entered: 01/22/2021) |
| 03/22/2021 | 229 | NOTICE OF HEARING as to Susannah J Lesaisaea. This is the official notice for this hearing. Sentencing set for 4/22/2021 01:00 PM in Courtroom 7A, Kansas City |

| | | |
|---|---|---|
| | | (BP) before Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (McIlvain, Kelly)<br><br>SENTENCING MOTION DUE TEN (10) DAYS BEFORE HEARING. Counsel who plan to argue for a departure and/or a variance from the sentencing guidelines must submit a motion outlining the factors which support the departure and/or variance. If the opposing party disagrees with the requested sentence, a mandatory response is due seven (7) days after the sentencing memorandum is filed. Motions are limited to twelve (12) pages unless a motion for leave to exceed is granted in advance.** (Entered: 03/22/2021) |
| 03/31/2021 | 231 | SENTENCING MEMORANDUM by USA as to Susannah J Lesaisaea (Venneman, Brent) (Entered: 03/31/2021) |
| 04/12/2021 | 232 | SENTENCING MEMORANDUM by Susannah J Lesaisaea. (Attachments: # 1 Exhibit Letter from defendant, # 2 Exhibit Letter from Baugh, # 3 Exhibit Photos of defendant, # 4 Exhibit Letter from aunt)(Greene, Dione) (Entered: 04/12/2021) |
| 04/22/2021 | 233 | Minute Entry for proceedings held before Chief District Judge Beth Phillips: SENTENCING held on 4/22/2021 for Susannah J. Lesaisaea. Counsel appearing for USA: Brent Venneman. Counsel appearing for Defendant: Dione Greene. Pretrial/Probation Officer: Matthew Faulkner. Time in court: 1:06 p.m. to 1:26 p.m.. Defendant is sentenced to the BOP for a term of 18 months on Count 9 and 24 months on Count 29. Terms to run consecutive for a Total Term of 42 months. Supervised Release for 3 years on Count 9 and 1 year on Count 29. Terms to run concurrent for a Total Term of 3 years. No fine. A Special Assessment in the amount of $200.00 is imposed. Restitution is order in the amount of $67,707.00 to be paid jointly and severally with all co−defendants in this case. Interest is waived. Upon oral motion of the government Counts 1,8 and 28 are dismissed. Defendant advised of her right to appeal and remanded to custody. To order a transcript of this hearing please contact Katie Wirt, 816−512−5608, katie_wirt@mow.uscourts.gov.  This is a TEXT ONLY ENTRY. No document is attached. (McIlvain, Kelly) (Entered: 04/22/2021) |
| 04/22/2021 | 234 | JUDGMENT and COMMITMENT as to Susannah J Lesaisaea (4), Counts 9 and 29: The defendant pleaded guilty to counts 9 and 29 on August 5, 2020. IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months as to count 9; 24 months as to count 29. Terms to run consecutive for a Total Term of 42 months. The court makes the following recommendations to the Bureau of Prisons: That defendant be allowed to participate in RDAP. That defendant be placed in the facility located in Victorville, CA so she may be near family. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years on Count 9 and 1 year on Count 29. These terms to run concurrent for a Total Term of 3 years. Mandatory, standard and special conditions of supervision imposed. CRIMINAL MONETARY PENALTIES: MSA: $200.00. Restitution: $67,707.00. No fine. Counts 1, 8 and 28 are dismissed on the motion of the United States. Signed on April 22, 2021 by Chief District Judge Beth Phillips.(Melvin, Greg) (Entered: 04/23/2021) |
| 04/22/2021 | 235 | STATEMENT OF REASONS (Sealed) as to Susannah J Lesaisaea.<br><br>Per United States Judicial Conference policy, only authorized recipients shall be |

<table>
<tr><td></td><td></td><td><span style="color:red">provided a copy of the Statement of Reasons absent express prior written authorization from this Court. Distribution is limited to the applicable defense counsel, the AUSA, the Financial Litigation Unit of the U.S. Attorney's Office, and Probation/Pretrial Services. Defense counsel are specifically prohibited from providing a copy of the Statement of Reasons to any defendant for any reason. Pro se defendants are also prohibited from obtaining a copy of the Statement of Reasons.</span><br><br>**NOTICE: Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. The case AUSA shall forward this document to the Financial Litigation Unit of the U.S. Attorney's Office.**<br><br>Signed on April 22, 2021 by Chief District Judge Beth Phillips.(Melvin, Greg) (Entered: 04/23/2021)</td></tr>
<tr><td>05/10/2021</td><td>238</td><td>NOTICE OF ATTORNEY APPEARANCE Mary Kate Butterfield appearing for USA. (Attorney Mary Kate Butterfield added to party USA(pty:pla))(Butterfield, Mary Kate) (Entered: 05/10/2021)</td></tr>
<tr><td>12/28/2023</td><td>275</td><td>PROBATION JURISDICTION transferred to Northern District of California as to Susannah J Lesaisaea. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Melvin, Greg) (Entered: 12/28/2023)</td></tr>
</table>

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. _____ |
| Plaintiff, | **COUNT ONE:** |
| | *(Conspiracy)* |
| v. | 18 U.S.C. § 371 |
| | NMT:  5 Years' Imprisonment |
| **BRANDEN P. BELVIN** (01), | NMT:  $250,000 Fine |
| [DOB:  06/10/1990] | NMT:  3 Years' Supervised Release |
| | Class D Felony |
| **MISTIE SMITH** (02), | |
| [DOB:  10/16/1989] | **COUNTS TWO – TWENTY-ONE:** |
| | *(Bank Fraud)* |
| **DANTE L. CHESTNUT** (03), | 18 U.S.C. §§ 1344 and 2 |
| [DOB:  03/26/1988] | NMT:  30 Years' Imprisonment |
| | NMT:  $1,000,000 Fine |
| **SUSANNAH J. LESAISAEA** (04), | NMT:  5 Years' Supervised Release |
| [DOB:  06/03/1992] | Class B Felony |
| | |
| **CASSANDRA S. FRANKLIN** (05), | **COUNTS TWENTY-TWO – THIRTY-** |
| [DOB:  08/03/1990] | **SEVEN:** |
| | *(Aggravated Identity Theft)* |
| **SHARIEFF A. SYLVESTER** (06), | 18 U.S.C. §§ 1028A and 2 |
| [DOB:  12/19/1991] | Mandatory Consecutive 2 Years' Imprisonment |
| | NMT:  $100,000 Fine |
| **JOSEPH R. HOOKS** (07), | NMT:  1 Year Supervised Release |
| [DOB:  03/04/1992] | Class E Felony |
| | |
| and | **COUNTS THIRTY-EIGHT – THIRTY-NINE:** |
| | *(Possession of Stolen Mail)* |
| **FRANCES E. WRIGHT** (08), | 18 U.S.C. §§ 1708 and 2 |
| [DOB:  05/14/1988] | NMT:  5 Years' Imprisonment |
| | NMT:  $250,000 Fine |
| Defendants. | NMT:  3 Years' Supervised Release |
| | Class D Felony |
| | |
| | **COUNTS FORTY – FORTY-THREE:** |
| | *(Money Laundering)* |
| | 18 U.S.C. §§ 1956 and 2 |
| | NMT:  10 Years' Imprisonment |
| | NMT:  $250,000 Fine |
| | NMT:  3 Years' Supervised Release |
| | Class C Felony |
| | |
| | $100 Mandatory Special Assessment on Each Count |
| | |
| | FORFEITURE ALLEGATION |

| DEFENDANT | COUNT(S) |
|---|---|
| Branden P. Belvin (01) | 1, 3, 9, 11, 23, 29, 31, and 41 |
| Mistie Smith (02) | 1, 2, 4, 16, 17, 22, 24, 35, and 40 |
| Dante L. Chestnut (03) | 1, 5-7, 15, 21, 25-27, 39, and 42 |
| Susannah J. Lesaisaea (04) | 1, 8, 9, 28, and 29 |
| Cassandra S. Franklin (05) | 1, 10, 11, 30, and 31 |
| Sharieff A. Sylvester (06) | 1, 12, 18, 32, 36, and 38 |
| Joseph R. Hooks (07) | 1, 14, 19, 34, 37, and 43 |
| Frances E. Wright (08) | 1, 13, 20, and 33 |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### Introduction and Scheme and Artifice to Defraud

1.      Defendants Branden P. BELVIN and Mistie SMITH unlawfully obtained United States Treasury tax refund checks, belonging to other persons, that had been stolen from the United States Postal mail stream from Kansas City, Missouri, to Los Angeles, California.

2.      Defendants BELVIN, SMITH, and their co-conspirators then obtained fraudulent identification documents to be used in presenting or passing the stolen Treasury checks.

3.      Using fraudulent identification documents, the defendants presented the stolen Treasury checks to open bank accounts and withdraw funds at various branches of Academy Bank, a financial institution, as that term is defined in Title 18, United States Code, Section 20, in the states of Arizona, Colorado, Kansas, and Missouri.

4.      Each stolen U.S. Treasury check was printed and mailed in Kansas City, Missouri, within the Western District of Missouri.

5.      The corporate headquarters for Academy Bank are located in Kansas City, Missouri, within the Western District of Missouri.

**Manner and Means**

6.      Defendants Branden P. BELVIN and Mistie SMITH, both residents of California, obtained from an unknown person or persons approximately 99 U.S. Treasury checks that were stolen from the U.S. Postal Service mail stream.   The stolen checks were issued by the U.S. Treasury Department to the named recipients for tax refunds.

7.      After obtaining the stolen Treasury checks, Defendants BELVIN and SMITH contacted or recruited the co-defendants to participate in the scheme to obtain money from Academy Bank by negotiating the stolen checks.

8.      Defendants BELVIN and SMITH also created or obtained fraudulent or counterfeit identifications, such as driver's licenses, to deposit or negotiate the stolen Treasury checks at various branches of Academy Bank.   The fraudulent identifications, including fake California driver's licenses, contained the photo of one of the defendants but the name and address of an intended recipient listed on the stolen Treasury checks.

9.      Between March 11, 2016, and May 9, 2016, the defendants traveled through the states of Arizona, Colorado, Kansas, and Missouri, to negotiate the stolen Treasury checks at various branches of Academy Bank.

10.      At various Academy Bank locations, the defendants utilized the stolen Treasury checks and false identification documents to open bank accounts in the name of the intended recipients of the stolen checks.   Once a defendant had successfully opened an account at Academy Bank, the defendant would then deposit a stolen Treasury check into the account and withdraw the majority of the money out of the newly created account.

11.     In this manner, approximately 99 checks were fraudulently negotiated with a total financial loss of approximately $447,517.94.

12.     When the Internal Revenue Service discovered that a Treasury check was not delivered to the right individual but had in fact been redeemed, the Internal Revenue Service contacted the financial institution and required them to reimburse the United States Treasury for the amount of the stolen Treasury check.

<u>**COUNT ONE**</u>
**(The Conspiracy and Its Object)**

13.     Paragraphs 1 through 12 as set forth above, are re-alleged and expressly incorporated as if fully set forth herein.  Between March 11, 2016, and May 9, 2016, said dates being approximate, in the Western District of Missouri as well as other Districts, Branden P. BELVIN, Mistie SMITH, Dante L. CHESTNUT, Susannah J. LESAISAEA, Cassandra S. FRANKLIN, Sharieff A. SYLVESTER, Joseph R. HOOKS, Frances E. WRIGHT, defendants herein, and a co-conspirator not indicted herein, did knowingly and intentionally, combine, conspire, confederate and agree with each other and with others, both known and unknown to the Grand Jury, to obtain money from a financial institution and individuals by presenting stolen U.S. Treasury checks and fraudulent identification documents for the purpose of creating bank accounts and withdrawing money from those accounts, and in the execution of this scheme to commit offenses against the United States, including, bank fraud, aggravated identity theft, possession of stolen mail, and money laundering in violation of Title 18, United States Code, Sections 1344 (2), 1028A, 1708, and 1956.

## **OVERT ACTS**

14.     In furtherance of the conspiracy and to accomplish the object of the conspiracy, one or more members of the conspiracy committed or caused to be committed the following overt acts in the Western District of Missouri and elsewhere.

15.     As further described below in Count Two, on or about March 11, 2016, Defendant SMITH entered the Academy Bank branch located at 5605 W. Northern Avenue in Glendale, Arizona.  At that location, Defendant SMITH used a fraudulent identification document in the name of S.B. to open a bank account.  Defendant SMITH presented a stolen U.S. Treasury check in the amount of $5,211 intended for S.B. to deposit into the newly created bank account.  Defendant SMITH then withdrew $5,000 leaving only $211 in the account created using the name S.B.  Defendant SMITH's actions were captured on the Academy Bank video surveillance camera.

16.     As further described below in Count Three, on or about March 22, 2016, Defendant BELVIN entered the Academy Bank branch located at 5605 W. Northern Avenue in Glendale, Arizona.   At that location, Defendant BELVIN used a fraudulent identification document in the name of M.H. to open a bank account.  Defendant BELVIN presented a stolen U.S. Treasury check in the amount of $5,069 intended for M.H. to deposit into the newly created bank account.  Defendant BELVIN then withdrew $4,269 leaving only $800 in the account created using the name M.H.  Defendant BELVIN's actions were captured on the Academy Bank video surveillance camera.

17.     On or about April 15, 2016, Utah Highway Patrol officers encountered Defendants SMITH, BELVIN, CHESTNUT, and an unindicted co-conspirator (UCC) not indicted herein, at a Love's gas station in Salina, Utah.  The defendants and UCC were traveling together in a white 2013 Chevrolet Malibu and had stopped at the Love's gas station.

5

15

18.     On or about April 18, 2016, Defendant CHESTNUT entered the Academy Bank branch located at 5650 S. Chambers Road, Aurora, Colorado.   At that location, Defendant CHESTNUT used a fraudulent identification document in the name of D.T. to open a bank account.  Defendant CHESTNUT presented a stolen Treasury check in the amount of $4,603 intended for D.T. to deposit into the newly created bank account.  Defendant CHESTNUT then withdrew $4,400 leaving only $203 in the account created using the name D.T.  Defendant CHESTNUT's actions were captured on the Academy Bank video surveillance camera.

19.     Between March 11, 2016, and May 9, 2016, Defendant CHESTNUT presented approximately twenty-three stolen Treasury checks at Academy Bank branches located in the states of Colorado, Kansas, and Missouri.  In each instance, Defendant CHESTNUT withdrew funds from the account created with the stolen check.  The aggregate amount of stolen checks presented by Defendant CHESTNUT totals approximately $115,760.

20.     Between March 11, 2016, and May 9, 2016, Defendant LESAISAEA presented approximately fourteen stolen Treasury checks at Academy Bank branches located in the states of Colorado and Kansas.  In each instance, Defendant LESAISAEA withdrew funds from the account created with the stolen check.   The aggregate amount of stolen checks presented by Defendant LESAISAEA totals approximately $67,707.

21.     Between March 11, 2016, and May 9, 2016, Defendant FRANKLIN presented approximately eleven stolen Treasury checks at Academy Bank branches located in the state of Colorado.  In each instance, Defendant FRANKLIN withdrew funds from the account created with the stolen check.  The aggregate amount of stolen checks presented by Defendant FRANKLIN totals approximately $44,920.

22.     Between March 11, 2016, and May 9, 2016, Defendant SYLVESTER presented approximately six stolen Treasury checks at Academy Bank branches located in the states of Colorado and Missouri.  In each instance, Defendant SYLVESTER withdrew funds from the account created with the stolen check.  The aggregate amount of stolen checks presented by Defendant SYLVESTER totals approximately $20,416.

23.     Between March 11, 2016, and May 9, 2016, Defendant HOOKS presented approximately eight stolen Treasury checks at Academy Bank branches located in the states of Colorado and Missouri.   In each instance, Defendant HOOKS withdrew funds from the account created with the stolen check.  The aggregate amount of stolen checks presented by Defendant HOOKS totals approximately $31,910.

24.     Between March 11, 2016, and May 9, 2016, Defendant WRIGHT presented approximately six stolen Treasury checks at Academy Bank branches located in the states of Colorado and Missouri.   In each instance, Defendant WRIGHT withdrew funds from the account created with the stolen check.  The aggregate amount of stolen checks presented by Defendant WRIGHT totals approximately $24,970.

25.     On April 24, 2016, Denver, Colorado, police officers responded to an incident involving Defendants BELVIN and SMITH at the Renaissance Hotel located at 3801 N. Quebec St., in Denver, Colorado.  Officers recovered an envelope containing 19 counterfeit California driver's licenses in a room that had just been rented by BELVIN and SMITH.  Several of the California driver's licenses pictured the same six individuals, but all of the driver's licenses had different names.  The individuals pictured on the driver's licenses included Dante L. CHESTNUT, Sharieff A. SYLVESTER, Cassandra S. FRANKLIN, Susannah J. LESAISAEA, Frances E. WRIGHT, and UCC.  Although the driver's licenses displayed pictures of the co-conspirators, the

names on the driver's licenses matched the names of victims whose Treasury checks had been stolen and were cashed during the scheme.

26.     The Grand Jury incorporates by reference as additional overt acts bank fraud, aggravated identity theft, possession of stolen mail, and money laundering as set forth in Counts Two through Forty-Three, in furtherance of and as a result of the conspiracy and scheme to defraud, described above.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO – TWENTY-ONE
### (Bank Fraud)

27.     Paragraphs 1 through 12 as set forth above, are re-alleged and expressly incorporated as if fully set forth herein.

28.     On or about the below-listed dates, within the Western District of Missouri, and elsewhere, the below listed defendants, aiding and abetting each other, with the intent to defraud, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, and credits under the custody and control of Academy Bank, a financial institution, by means of false and fraudulent pretenses, representations, and promises, in that the defendants falsely represented to a financial institution that he/she was the individual listed on the U.S. Treasury check and on an accompanying driver's license or identification card, where the defendant then and there well knew, he/she was not the individual listed, the checks were stolen, and the defendants were not entitled to the checks, with each such deposit or presentment being a separate execution of the scheme and artifice to defraud, as well as being a separate count of this Indictment:

| Count | Date | Defendant(s) | Location | Fraudulent Matter | Amount |
|-------|------|--------------|----------|-------------------|--------|
| 2 | 3/11/16 | Mistie Smith | 5605 W. Northern Ave., Glendale, AZ | Defendant Smith presented a fraudulent identification in the name of S.B. to access an account at Academy Bank and withdraw funds using a stolen treasury check intended for S.B. | $5211.00 |
| 3 | 3/22/16 | Branden Belvin | 5605 W. Northern Ave., Glendale, AZ | Defendant Belvin presented a fraudulent identification in the name of M.H. to open an account and withdraw funds using a stolen treasury check intended for M.H. | $5069.00 |
| 4 | 4/6/16 | Mistie Smith | 12900 W. Thunderbird Rd., El Mirage, AZ | Defendant Smith presented a fraudulent identification in the name of B.R. to open an account and withdraw funds using a stolen treasury check intended for B.R. | $4490.03 |
| 5 | 4/18/16 | Dante Chestnut | 10900 E. Briarwood Ave., Centennial, CO | Defendant Chestnut presented a fraudulent identification in the name of T.N. to open an account and withdraw funds using a stolen treasury check intended for T.N. | $4217.00 |
| 6 | 4/19/16 | Dante Chestnut | 7800 E. Smith Rd., Denver, CO | Defendant Chestnut presented a fraudulent identification in the name of D.R. to open an account and withdraw funds using a stolen treasury check intended for D.R. | $3562.00 |
| 7 | 4/22/16 | Dante Chestnut | 3201 E. Platte, Colorado Springs, CO | Defendant Chestnut presented a fraudulent identification in the name of A.G. to open an account and withdraw funds using a stolen treasury check intended for A.G. | $6390.00 |
| 8 | 4/22/16 | Susannah Lesaisaea | 6310 U.S. Hwy. 85/87, Fountain, CO | Defendant Lesaisaea presented a fraudulent identification in the name of P.C. to open an account and withdraw funds using a stolen treasury check intended for P.C. | $5069.00 |

| 9 | 4/22/16 | Susannah Lesaisaea and Brandon Belvin | 133 Sam Walton Ln., Castle Rock, CO | Defendant Belvin provided Defendant Lesaisaea with a stolen treasury check and fraudulent identification in the name of E.M. and Defendant Lesaisaea presented the fraudulent identification to access an account and withdraw funds using the stolen treasury check intended for E.M. | $4864.00 |
|---|---|---|---|---|---|
| 10 | 4/22/16 | Cassandra Franklin | 133 Sam Walton Ln., Castle Rock, CO | Defendant Franklin presented a fraudulent identification in the name of K.G. to open an account and withdraw funds using a stolen treasury check intended for K.G. | $3956.00 |
| 11 | 4/22/16 | Cassandra Franklin and Brandon Belvin | 707 S. 8th Street, Colorado Springs, CO | Defendant Belvin provided Defendant Franklin with a stolen treasury check and fraudulent identification in the name of J.C. and Defendant Franklin presented the fraudulent identification to access an account and withdraw funds using the stolen treasury check intended for J.C. | $4570.60 |
| 12 | 4/22/16 | Sharieff Sylvester | 11101 S. Parker Rd., Parker, CO | Defendant Sylvester presented a fraudulent identification in the name of B.S. to open an account and withdraw funds using a stolen treasury check intended for B.S. | $3838.00 |
| 13 | 4/22/16 | Frances Wright | 6675 Business Center Dr., Highlands Ranch, CO | Defendant Wright presented a fraudulent identification in the name of R.R.C. to open an account and withdraw funds using a stolen treasury check intended for R.R.C. | $5882.00 |
| 14 | 5/2/16 | Joseph Hooks | 9499 Sheridan Blvd., Westminster, CO | Defendant Hooks presented a fraudulent identification in the name of E.C. to open an account and withdraw funds using a stolen treasury check intended for E.C. | $3474.00 |

| 15 | 5/2/16 | Dante Chestnut | 9499 Sheridan Blvd., Westminster, CO | Defendant Chestnut presented a fraudulent identification in the name of F.M. to open an account and withdraw funds using a stolen treasury check intended for F.M. | $5072.00 |
| 16 | 5/3/16 | Mistie Smith | Murphy's Express Convenience Store,Aurora, CO | Defendant Smith used an Academy Bank debit card issued to Defendant Franklin who used a fraudulent identification in the name of N.B. to open an account for the debit card. | $29.87 |
| 17 | 5/4/16 | Mistie Smith | Love's Travel Stop, Burlington, CO | Defendant Smith used an Academy Bank debit card issued to Defendant Franklin who used a fraudulent identification in the name of N.B. to open an account for the debit card. | $30.54 |
| 18 | 5/6/16 | Sharieff Sylvester | 4201 N. Belt Hwy., St. Joseph, MO | Defendant Sylvester presented a fraudulent identification in the name of T.W. to access an account and withdraw funds using a stolen treasury check intended for T.W. | $3020.00 |
| 19 | 5/6/16 | Joseph Hooks | 3022 S. Belt Hwy., St. Joseph, MO | Defendant Hooks presented a fraudulent identification in the name of A.V. to open an account and withdraw funds using a stolen treasury check intended for A.V. | $4155.00 |
| 20 | 5/6/16 | Frances Wright | 4201 N. Belt Hwy., St. Joseph, MO | Defendant Wright presented a fraudulent identification in the name of M.B. to access an account and withdraw funds using a stolen treasury check intended for M.B. | $3011.00 |
| 21 | 5/6/16 | Dante Chestnut | 395 N. K-7 Hwy., Olathe, KS | Defendant Chestnut presented a fraudulent identification in the name of P.M. to open an account and withdraw funds using a stolen treasury check intended for P.M. | $3098.00 |

All in violation of Title 18, United States Code, Section 1344 and 2.

## COUNTS TWENTY-TWO – THIRTY SEVEN
### (Aggravated Identity Theft During and in Relation to the Crime of Bank Fraud)

29.     Paragraphs 1 through 12 as set forth above, are re-alleged and expressly incorporated as if fully set forth herein.

30.     On or about the below listed dates, within the Western District of Missouri, and elsewhere, during and in relation to the bank fraud offenses set forth in Counts Two through Fourteen, Sixteen, Eighteen and Nineteen of this Indictment, and in a manner which was in or affected interstate commerce, defendants, aiding and abetting each other, without lawful authority, did knowingly transfer, possess, and use a means of identification of another person, as that term is defined in Title 18, United States Code, Section 1028(d)(7), that is, defendants, without lawful authority, knowingly transferred, possessed, and used the name of another person, with each such transfer, possession, and use being committed during and in relation to the crime of bank fraud, as well as being a separate count of this Indictment:

| Count | Date | Defendant(s) | Location | Means of Identification Used Without Lawful Authority |
|-------|------|--------------|----------|------------------------------------------------------|
| 22 | 3/11/16 | Mistie Smith | Glendale, AZ | The name and address of S.B. associated with the bank fraud identified in Count Two. |
| 23 | 3/22/16 | Branden Belvin | Glendale, AZ | The name and address of M.H. associated with the bank fraud identified in Count Three. |
| 24 | 4/6/16 | Mistie Smith | El Mirage, AZ | The name and address of B.R. associated with the bank fraud identified in Count Four. |
| 25 | 4/18/16 | Dante Chestnut | Centennial, CO | The name and address of T.N. associated with the bank fraud identified in Count Five. |
| 26 | 4/19/16 | Dante Chestnut | Denver, CO | The name and address of D.R. associated with the bank fraud identified in Count Six. |
| 27 | 4/22/16 | Dante Chestnut | Colorado Springs, CO | The name and address of A.G. associated with the bank fraud identified in Count Seven. |

12

| 28 | 4/22/16 | Susannah Lesaisaea | Fountain, CO | The name and address of P.C. associated with the bank fraud identified in Count Eight. |
| 29 | 4/22/16 | Susannah Lesaisaea and Branden Belvin | Castle Rock, CO | The name and address of E.M. associated with the bank fraud identified in Count Nine. |
| 30 | 4/22/16 | Cassandra Franklin | Castle Rock, CO | The name and address of K.G. associated with the bank fraud identified in Count Ten. |
| 31 | 4/22/16 | Cassandra Franklin and Branden Belvin | Colorado Springs, CO | The name and address of J.C. associated with the bank fraud identified in Count Eleven. |
| 32 | 4/22/16 | Sharieff Sylvester | Parker, CO | The name and address of B.S. associated with the bank fraud identified in Count Twelve. |
| 33 | 4/22/16 | Frances Wright | Highlands Ranch, CO | The name and address of R.R.C. associated with the bank fraud identified in Count Thirteen. |
| 34 | 5/2/16 | Joseph Hooks | Westminster, CO | The name and address of E.C. associated with the bank fraud identified in Count Fourteen. |
| 35 | 5/4/16 | Mistie Smith | Burlington, CO | The name N.B. associated with the bank fraud identified in Count Sixteen |
| 36 | 5/6/16 | Sharieff Sylvester | St. Joseph, MO | The name and address of T.W. associated with the bank fraud identified in Count Eighteen. |
| 37 | 5/6/16 | Joseph Hooks | St. Joseph, MO | The name and address of A.V. associated with the bank fraud identified in Count Nineteen. |

All in violation of Title 18, United States Code, Section 1028A and 2.

## COUNTS THIRTY-EIGHT and THIRTY-NINE
### (Possession of Stolen Mail)

31.     Paragraphs 1 through 12 as set forth above, are re-alleged and expressly incorporated as if fully set forth herein.

32.     On or about the date specified below, within the Western District of Missouri, the below-listed defendants, aided and abetted by another or others, with the intent to temporarily and permanently deprive the addressee of said mail, did possess mail which had been stolen from an

authorized depository for mail matter, that is, defendant possessed mail which the U.S. Postal

Service was to deliver to its customers, as follows:

| Count | Defendant | Date | Mail Stolen and Possessed |
|---|---|---|---|
| 38 | Sharieff Sylvester | 5/6/16 | Treasury check belonging to T.W., deposited into Academy Bank account in St. Joseph, MO, identified in Count Eighteen. |
| 39 | Dante Chestnut | 5/6/16 | Treasury check belonging to G.A., presented in an attempt to access an Academy Bank account in Kansas City, MO. |

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNTS FORTY- FORTY-THREE
### (Money Laundering)

33.     Paragraphs 1 through 12 as set forth above are re-alleged and expressly

incorporated as if fully set forth herein.

34.     On or about the below listed dates, within the Western District of Missouri and

elsewhere, the below-listed defendants, aided and abetted by another or others, did knowingly

conduct, attempt to conduct, and cause to be conducted, financial transactions which involved the

proceeds of specified unlawful activity, that is, bank fraud, in violation of Title 18, United States

Code, Section 1344, by using Academy Bank, a financial institution engaged in, and the activities

of which affected, interstate commerce, and knowing that the property which was involved in said

financial transactions represented the proceeds of some form of unlawful activity, and knowing

that said financial transactions were designed in whole or in part to conceal and disguise the nature,

location, source, ownership, and control of the proceeds of bank fraud; in that defendants caused

the below listed financial transactions from bank accounts at Academy Bank branches located in

Arizona, Kansas, and Missouri.

| Count | Defendant | Date | Monetary Transaction |
|-------|-----------|------|----------------------|
| 40 | Mistie Smith | 3/11/16 | Withdrawal of $5,000 from account set up in the name of S.B. at Academy Bank branch in Glendale, AZ, and funded with stolen Treasury check as indicated in Count Two. |
| 41 | Branden Belvin | 3/22/16 | Withdrawal of $4,269 from account set up in the name of M.H. at Academy Bank branch in Glendale, AZ, and funded with stolen Treasury check as indicated in Count Three. |
| 42 | Dante Chestnut | 5/6/16 | Withdrawal of $3,000 from account set up in the name of P.M. at Academy Bank branch in Olathe, KS, and funded with stolen Treasury check as indicated in Count Twenty-One. |
| 43 | Joseph Hooks | 5/6/16 | Withdrawal of $4,105 from account set up in the name of A.V. at Academy Bank branch in St. Joseph, MO, and funded with stolen Treasury check as indicated in Count Nineteen. |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## **ALLEGATION OF FORFEITURE**

35.     The allegations of Counts One through Twenty-One of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and the procedures outlined in Title 21, United States Code, Section 853.

36.     Upon conviction of any violation of Title 18, United States Code, Sections 371 or 1344, each defendant shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

37.     The property subject to forfeiture includes, but is not limited to, the following:

25

a.     Money Judgment and Other Property Involved In or Traceable to the Offense:

Any interest or proceeds traceable thereto of $447,517.94 representing the fraudulent proceeds obtained by defendants, in that at least this sum in aggregate is involved in, or is derived from, proceeds traceable to the scheme described in the offenses set forth in Counts One – Twenty-One.

b.     Substitute Assets

If the property described above as being subject to forfeiture as a result of any act or omission of any defendant,

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with a third person;

(3)     has been placed beyond the jurisdiction of the Court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above-forfeitable property or to seek return of the property to the jurisdiction of the Court so that the property may be seized and forfeited.

A TRUE BILL.

_____/s/ Shannon M. Cassidy_____
FOREPERSON OF THE GRAND JURY

/s/ Brent Venneman
Brent Venneman
Assistant United States Attorney

Dated:    _____5/2/18_____

16

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | **County and** | ☐ **Juvenile** |
| ☐ **Southwestern** | | **elsewhere** | |

**Defendant Information**

Defendant Name      Branden P. Belvin
Alias Name
Birthdate      June 10, 1990

**Related Case Information**

Superseding Indictment/Information   ☐ Yes   ☑ No  if yes, original case number _____

New Defendant   ☑ Yes   ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA  Brent Venneman

**Interpreter Needed**

☐ Yes
Language and/or dialect _____
☑ No

**Location Status**

Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody      Writ Required        ☐ Yes   ☐ No
☐ Currently on Bond         Warrant Required   ☑ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts ____8____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 18:371.F/4992/4 | Conspiracy | 1 |
| **2** | 18: 1344A.F/4601/4 | Bank Fraud | 3, 9, 11 |
| **3** | 18:1028A.F/4991/4 | Aggravated Identity Theft | 23, 29, 31 |
| **4** | 18:1956-3300.F/3300/4 | Money Laundering | 41 |
| **5** | 21:853.F/6911/4 | Criminal Forfeiture | |

Date   5/2/18            Signature of AUSA   /s/ Brent Venneman

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** County and elsewhere | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**

Defendant Name      Mistie Smith

Alias Name

Birthdate      October 16, 1989

**Related Case Information**

Superseding Indictment/Information      ☐ Yes   ☑ No   if yes, original case number _____

New Defendant      ☑ Yes   ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA  Brent Venneman

**Interpreter Needed**

☐ Yes       Language and/or dialect _____

☑ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody      Writ Required      ☐ Yes   ☐ No

☐ Currently on Bond      Warrant Required      ☑ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts ____9____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 18:371.F/4992/4 | Conspiracy | 1 |
| **2** | 18:1344A.F/4601/4 | Bank Fraud | 2, 4, 16, 17 |
| **3** | 18:1028A.F/4991/4 | Aggravated Identity Theft | 22, 24, 35 |
| **4** | 18:1956-3300.F/3300/4 | Money Laundering | 40 |
| **5** | 21:853.F/6911/4 | Criminal Forfeiture | |

Date __5/2/18__      Signature of AUSA  __/s/ Brent Venneman__

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** County and elsewhere | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**

Defendant Name      Dante L. Chestnut

Alias Name

Birthdate      March 26, 1988

## Related Case Information

Superseding Indictment/Information      ☐ Yes   ☑ No  if yes, original case number _____

New Defendant      ☑ Yes   ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

## U.S. Attorney Information

AUSA  Brent Venneman

## Interpreter Needed

☐ Yes          Language and/or dialect _____

☑ No

## Location Status

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody          Writ Required          ☐ Yes   ☐ No

☐ Currently on Bond          Warrant Required      ☑ Yes   ☐ No

## U.S.C. Citations

Total # of Counts _____11_____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 18:371.F/4992/4 | Conspiracy | 1 |
| **2** | 18:1344A.F/4601/4 | Bank Fraud | 5, 6, 7, 15, 21 |
| **3** | 18:1028A.F/4991/4 | Aggravated Identity Theft | 25-27 |
| **4** | 18:1708.F/3200/4 | Possession of Stolen Mail | 39 |
| **5** | 18:1956-3300.F/3300/4 | Money Laundering | 42 |
| **6** | 21:853.F/6911/4 | Criminal Forfeiture | |

Date   5/2/18          Signature of AUSA      /s/ Brent Venneman

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** County and elsewhere | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**

Defendant Name    <u>Susannah J. Lesaisaea</u>

Alias Name    _____

Birthdate    <u>June 3, 1992</u>

**Related Case Information**

Superseding Indictment/Information    ☐ Yes   ☑ No   if yes, original case number _____

New Defendant    ☑ Yes   ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA   <u>Brent Venneman</u>

**Interpreter Needed**

☐ Yes      Language and/or dialect _____

☑ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody      Writ Required    ☐ Yes   ☐ No

☐ Currently on Bond      Warrant Required    ☑ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts _____5_____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 18:371.F/4992/4 | Conspiracy | 1 |
| **2** | 18:1344A.F/4601/4 | Bank Fraud | 8, 9 |
| **3** | 18:1028A.F/4991/4 | Aggravated Identity Theft | 28, 29 |
| **4** | 21:853.F/6911/4 | Criminal Forfeiture | |
| **5** | | | |
| **6** | | | |

Date _5/2/18_      Signature of AUSA _/s/ Brent Venneman_

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** **County and** elsewhere | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**

Defendant Name    Cassandra S. Franklin

Alias Name

Birthdate    August 3, 1990

## Related Case Information

Superseding Indictment/Information   ☐ Yes   ☑ No   if yes, original case number _____

New Defendant    ☑ Yes   ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

## U.S. Attorney Information

AUSA   Brent Venneman

## Interpreter Needed

☐ Yes     Language and/or dialect _____

☑ No

## Location Status

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody      Writ Required    ☐ Yes   ☐ No

☐ Currently on Bond      Warrant Required   ☑ Yes   ☐ No

## U.S.C. Citations

Total # of Counts ____5____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 18:371.F/4992/4 | Conspiracy | 1 |
| **2** | 18:1344A.F/4601/4 | Bank Fraud | 10, 11 |
| **3** | 18:1028A.F/4991/4 | Aggravated Identity Theft | 30, 31 |
| **4** | 21:853.F/6911/4 | Criminal Forfeiture | |
| **5** | | | |
| **6** | | | |

Date   5/2/18      Signature of AUSA    /s/ Brent Venneman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** County and elsewhere | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**

Defendant Name _Sharieff A. Sylvester_

Alias Name _____

Birthdate _December 19, 1991_

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☑ No if yes, original case number _____

New Defendant ☑ Yes ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA _Brent Venneman_

**Interpreter Needed**

☐ Yes     Language and/or dialect _____

☑ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody     Writ Required   ☐ Yes  ☐ No

☐ Currently on Bond     Warrant Required  ☑ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts ____6____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 18:371.F/4992/4 | Conspiracy | 1 |
| **2** | 18:1344A.F/4601/4 | Bank Fraud | 12, 18 |
| **3** | 18:1028A.F/4991/4 | Aggravated Identity Theft | 32, 36 |
| **4** | 18:1708.F/3200/4 | Possession of Stolen Mail | 38 |
| **5** | 21:853.F/6911/4 | Criminal Forfeiture | |
| **6** | | | |

Date __5/2/18__     Signature of AUSA ___/s/ Brent Venneman__

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** County and elsewhere | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**

Defendant Name    <u>Joseph R. Hooks</u>

Alias Name

Birthdate    <u>March 4, 1992</u>

**Related Case Information**

Superseding Indictment/Information   ☐ Yes   ☑ No   if yes, original case number _____

New Defendant   ☑ Yes   ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA   <u>Brent Venneman</u>

**Interpreter Needed**

☐ Yes     Language and/or dialect _____

☑ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody      Writ Required    ☐ Yes   ☐ No

☐ Currently on Bond      Warrant Required    ☑ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts   ____6____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:371.F/4992/4 | Conspiracy | 1 |
| 2 | 18:1344A.F/4601/4 | Bank Fraud | 14, 19 |
| 3 | 18:1028A.F/4991/4 | Aggravated Identity Theft | 34, 37 |
| 4 | 18:1956-3300.F/3300/4 | Money Laundering | 43 |
| 5 | 21:853.F/6911/4 | Criminal Forfeiture | |

Date   <u>5/2/18</u>      Signature of AUSA   <u>/s/ Brent Venneman</u>

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CRIMINAL CASE COVER SHEET**

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | **Platte, Buchanan** County and elsewhere | ☑ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**

Defendant Name _____ Frances E. Wright _____

Alias Name _____

Birthdate _____ May 14, 1988 _____

**Related Case Information**

Superseding Indictment/Information   ☐ Yes   ☑ No   if yes, original case number _____

New Defendant   ☑ Yes   ☐ No

Prior Complaint Case Number, if any _____

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA _ Brent Venneman _____

**Interpreter Needed**

☐ Yes   Language and/or dialect _____

☑ No

**Location Status**

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody          Writ Required   ☐ Yes   ☐ No

☐ Currently on Bond                   Warrant Required   ☑ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts _____ 4 _____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 18:371.F/4992/4 | Conspiracy | 1 |
| **2** | 18:1344A.F/4601/4 | Bank Fraud | 13, 20 |
| **3** | 18:1028A.F/4991/4 | Aggravated Identity Theft | 33 |
| **4** | 21:853.F/6911/4 | Criminal Forfeiture | |

Date _ 5/2/18 _____          Signature of AUSA _ /s/ Brent Venneman _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § **JUDGMENT IN A CRIMINAL CASE** |
| | § |
| v. | § |
| | § Case Number: **4:18-CR-00110-BP(4)** |
| **SUSANNAH J LESAISAEA** | § USM Number: **25355-111** |
| | § **Dione C Greene** |
| | § Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | pleaded guilty to count(s) | **9 and 29 on August 5, 2020** |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U. S. C. 1344 and 2-Bank Fraud | 04/22/2016 | 9 |
| 18 U. S. C. 1028A and 2-Aggravated Identify Theft | 04/22/2016 | 29 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s)

☒  Count(s) 1,8 and 28   ☐ is   ☒ are dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**April 22, 2021**
Date of Imposition of Judgment


/s/ Beth Phillips
Signature of Judge

**BETH PHILLIPS**
**CHIEF UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**April 22, 2021**
Date

AO 245B (Rev. TXN 9/17) Judgment in a Criminal Case                                                      Judgment -- Page 2 of 8

DEFENDANT:            SUSANNAH J LESAISAEA
CASE NUMBER:          4:18-CR-00110-BP(4)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

18 months as to count 9; 24 months as to count 29. Terms to run consecutive for a Total Term of 42 months.

☒    The court makes the following recommendations to the Bureau of Prisons:
     That defendant be allowed to participate in RDAP.  That defendant be placed in the facility located in Victorville, CA so she
     may be near family.


☒    The defendant is remanded to the custody of the United States Marshal.
☐    The defendant shall surrender to the United States Marshal for this district:

          ☐    at                                    ☐    a.m.      ☐    p.m.    on

          ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

          ☐    before 2 p.m. on
          ☐    as notified by the United States Marshal.
          ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:


          Defendant delivered on _____ to

at _____, with a certified copy of this judgment.




                                             UNITED STATES MARSHAL

                                                     By
                                             DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. TXN 9/17) Judgment in a Criminal Case                                                    Judgment -- Page 3 of 8

DEFENDANT:          SUSANNAH J LESAISAEA
CASE NUMBER:        4:18-CR-00110-BP(4)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  **three (3) years on Count 9 and 1 year on Count 29. These terms to run concurrent for a Total Term of 3 years.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐  The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☐  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5.  ☒  You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (check if applicable)

7.  ☐  You must participate in an approved program for domestic violence. (*check if applicable*)

    You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B (Rev. TXN 9/17) Judgment in a Criminal Case                                                      Judgment -- Page 4 of 8

DEFENDANT:          SUSANNAH J LESAISAEA
CASE NUMBER:        4:18-CR-00110-BP(4)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

  Defendant's Signature  _____          Date  _____

AO 245B (Rev. TXN 9/17) Judgment in a Criminal Case                                                    Judgment -- Page 5 of 8

DEFENDANT:            SUSANNAH J LESAISAEA
CASE NUMBER:         4:18-CR-00110-BP(4)

# SPECIAL CONDITIONS OF SUPERVISION

a)  The defendant shall successfully participate in any outpatient or inpatient substance abuse
    counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved
    by the Probation Office, and pay any associated costs as directed by the Probation Office.

b)  The defendant shall successfully participate in any mental health counseling program as approved
    by the Probation Office and pay any associated costs, as directed by the Probation Office.

c)  The defendant shall not consume or possess alcoholic beverages or beer, at any time, and shall not
    be present in any establishment where alcoholic beverages are the primary items for sale.

d)  The defendant shall submit her person, and any property, house, residence, office, vehicle, papers,
    computer, other electronic communication or data storage devices or media and effects to a search
    at any time, conducted by a
    U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable
    suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search
    may be grounds for revocation; the defendant shall warn any other residents that the premises may be
    subject to searches pursuant to this condition.

e)  The defendant shall comply with the Western District of Missouri Offender Employment Guideline
    which may include participation in training, counseling, and/or daily job searching as directed by the
    probation officer. If not in compliance with the condition of supervision requiring full-time
    employment at a lawful occupation, the defendant may be required to perform up to 20 hours of
    community service per week until employed, as approved or directed by the probation officer. Such
    condition will not apply if the defendant is able to provide medical and/or disability documentation
    regarding her inability to work.

f)  The defendant shall satisfy any warrants/pending charges within the first 60 days of supervision.

g)  The defendant shall provide the Probation Office with access to any requested financial information.

h)  The defendant shall not incur new credit charges or open additional lines of credit without the
    approval of the Probation Office.

i)  The defendant shall apply all monies received from income tax refunds, lottery /gambling winnings,
    judgments, and/or other anticipated or unexpected financial gains to any outstanding Court-ordered
    financial obligation. The defendant shall immediately notify the probation officer of the receipt of
    any indicated monies.

AO 245B (Rev. TXN 9/17) Judgment in a Criminal Case                                          Judgment -- Page 6 of 8

DEFENDANT:          SUSANNAH J LESAISAEA
CASE NUMBER:        4:18-CR-00110-BP(4)


### ACKNOWLEDGMENT OF CONDITIONS


I have read or have read the conditions of supervision set forth in this judgment and I fully understand them.  I have been provided a copy of them.


I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.



_____        _____
Defendant                                       Date


_____        _____
United States Probation Officer                 Date

AO 245B (Rev. TXN 9/17) Judgment in a Criminal Case                                                    Judgment -- Page 7 of 8

DEFENDANT:          SUSANNAH J LESAISAEA
CASE NUMBER:        4:18-CR-00110-BP(4)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $67,707.00 | $.00 | | |

☐ The determination of restitution is deferred until          An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

| | |
|---|---|
| Dickinson Financial Corporation, Office manager | $37,915.92 |
| Internal Revenue Service-RACS | $18,280.89 |
| CHUBB Group of Insurance Companies | $11,510.19 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒ the interest requirement is waived for the      ☐ fine          ☒ restitution

   ☐ the interest requirement for the      ☐ fine          ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after

September 13, 1994, but before April 23, 1996.

AO 245B (Rev. TXN 9/17) Judgment in a Criminal Case                                          Judgment -- Page 8 of 8

DEFENDANT:          SUSANNAH J LESAISAEA
CASE NUMBER:        4:18-CR-00110-BP(4)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒   Lump sum payments of $ 67,907.00 due immediately, balance due

    ☐   not later than                                   , or

    ☐   in accordance          ☐   C,        ☐   D,        ☐   E, or        ☐   F below; or

**B**  ☐   Payment to begin immediately (may be combined with        ☐   C,        ☐   D, or        ☐   F below); or

**C**  ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment;
    or

**D**  ☐   Payment in equal 20 *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from
    imprisonment to a term of supervision; or

**E**  ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release
    from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
    time; or

**F**  ☒   Special instructions regarding the payment of criminal monetary penalties:
    **It is ordered that the Defendant shall pay to the United States Restitution in the amount of $67,707.00 a special
    assessment of $200.00 for Counts 9 and 29, which shall be due immediately.  If unable to pay the full amount
    immediately, the defendant shall make monthly payments of $100 or 10 percent of gross earnings, whichever is
    greater, while on supervised release. Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    Joint and Several with all co-defendants in this case.

    ☒ Defendant shall receive credit on her restitution obligation for recovery from other defendants who contributed to the same
loss that gave rise to defendant's restitution obligation.
☐   The defendant shall pay the cost of prosecution.
☐   The defendant shall pay the following court cost(s):
☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.